JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BURKHALTER,<br><br>Plaintiff,<br><br>vs.<br><br>LAURIE JEAN BURKHALTER and KIRSTEN LEIGH CLOUGH,<br><br>Defendants. | Case No. 5:19-cv-00272-JGB (SPx)<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

# **JUDGMENT**

This action came regularly for trial on September 14, 2021 in Courtroom 1 of the United States District Court, Central District of California, Honorable Jesus G. Bernal presiding.  Plaintiff Jennifer Burkhalter was represented by attorney Katherine Porter of the Law Offices of Katherine Porter.  Defendants Laurie Burkhalter and Kirsten Leigh Clough were represented by Zulu A. Ali of Zulu Ali Law Offices.

A jury was regularly empaneled and sworn.  Witnesses were sworn and testified.  After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury.  The jury deliberated and thereafter returned a verdict.

Based upon that verdict, IT IS NOW THEREFORE ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

In favor of Plaintiff Jennifer Burkhalter and against Defendants Laurie Burkhalter and Kirsten Leigh Clough, who are jointly and severally liable, in the total sum of $31,562.50, representing:

(1)   $15,612.50 for I-864 obligation arrears for the year 2019; and

(2)   $15,950.00 for I-864 obligation arrears for the year 2020.

The jury did not find Defendants liable for I-864 obligations in 2017 and 2018.  Plaintiff Jennifer Burkhalter may apply to the Court for an award of prejudgment interest calculated from the date of the entry of judgment at the rate specified by 28 U.S.C. § 1961, and reasonable statutory attorneys' fees as permitted by federal law.

1  IT IS FURTHER ORDERED that Defendants are to provide continued support
2  under the Form I-864 contract at the rate of 125% of the Federal Poverty Guideline
3  until such time as a court of competent jurisdiction declares that a Terminating Event
4  has occurred.

**IT IS SO ORDERED.**

Dated: September 28, 2021

_____
Honorable Jesus G. Bernal
United States District Judge